IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LENNART C. SCHAUMAN,

      Petitioner,                    No. 2:12-cv-0157 DAD P

    vs.

UNKNOWN,

      Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee. Therefore, petitioner's motion to proceed in forma pauperis (Dkt. No. 9) will be denied.[1]

        Additionally, "[a] petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254). Here, petitioner has not named anyone as the respondent in this action. Accordingly, the court will grant petitioner thirty days leave to file a second amended petition on the form provided by the

---

[1] The court notes that examination of petitioner's motion and accompanying documents reveals that he is able to afford the costs of this action. In this regard, the application reflects that petitioner had a balance of over $1,700.00 in his prison trust account when he filed his motion to proceed in forma pauperis.

1

1 court naming the proper respondent. Petitioner is advised that the proper respondent in the usual
2 habeas action is the warden of the institution where the petitioner is currently incarcerated. See
3 Stanley, 21 F.3d at 360.

4       In accordance with the above, IT IS HEREBY ORDERED that:

5       1. Petitioner's motion to proceed in forma pauperis (Dkt. No. 9.) is DENIED;

6       2. Petitioner is granted thirty days from the date of service of this order to file a
7 second amended petition for writ of habeas corpus;

8       3. Any second amended petition must be filed on the form provided by this court,
9 must name the proper respondent, and must state all claims and prayers for relief on the form. It
10 must bear the case number assigned to this action and must bear the title "Second Amended
11 Petition"; and

12       4. The Clerk of the Court is directed to send petitioner the form for habeas corpus
13 application.

14 DATED: October 2, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

21 DAD:dpw
scha0157.122