IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LENNART C. SCHAUMAN,

    Petitioner,                   No. 2:12-cv-0157 DAD P

    vs.

UNKNOWN,

    Respondent.               ORDER

_____/

        Petitioner, a state prisoner proceeding *pro se*, is proceeding with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 3, 2012, petitioner's first amended habeas corpus petition was dismissed with leave to amend because petitioner did not name anyone as the respondent in his petition for relief. Petitioner was granted thirty days leave to file a second amended petition. To date, petitioner has not complied with the October 3, 2012 order by filing a second amended habeas petition.

/////

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that petitioner shall file a second amended habeas petition within fourteen (14) days of the date of this order. Failure to file a second amended habeas petition by that date will result in an order dismissing this action without prejudice.

DATED: November 12, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:dpw
scha0157.osc