IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LENNART C. SCHAUMAN,

      Petitioner,                      No. 2:12-cv-00157-DAD P

   vs.

UNKNOWN,

      Respondent.                 ORDER

_____/

      Petitioner, an inmate at the Devil's Garden Conservation Camp in Alturas, California, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has consented to Magistrate Judge jurisdiction in this action pursuant to 28 U.S.C. § 636(c). (See Doc. No. 6.) By order filed October 3, 2012, petitioner was directed to file a second amended petition within thirty days. (Doc. No. 11.) On November 13, 2012, petitioner was granted an additional fourteen days to file his second amended petition. (Doc. No. 12.) The fourteen-day period has now expired, and petitioner has not filed a second amended petition or otherwise responded to the court's order.

/////

/////

/////

1   Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
2  prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).
3  DATED: December 3, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
scha157.fta